Dennis J. Hawk (SBN 130731)
Business Law Group
3100 Donald Douglas Loop N.
Santa Monica, CA 90405
Tel: (310) 664-8000
Email: dennis@dhwk.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Subpoena to ) <br> San Bruno Municipal Cable Television ) | Notice of Lodging of Summary Spreadsheet and DMCA Notifications <br><br> 2:14mc-00482 |

Documents attached to the cd include:

1. Excel Summary Spreadsheet

2. Notices from May 4, 2014 to July 2, 2014

Executed on   July 11, 2014

_/s/ Dennis J. Hawk_
Dennis J. Hawk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

☐ **VOLUMINOUS DOCUMENT**

☑ **CD, VIDEO, PHOTOS, OTHER, ETC.**

**AVAILABLE IN THE RECORDS**

**SECTION OF THE CLERK'S**

**OFFICE FOR PUBLIC VIEWING**